Matter of Rosado
2026 NY Slip Op 04115
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF LOUIS ROSADO, AN ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, PETITIONER.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
-
Present: Curran, J.P., Bannister, Montour, Greenwood, And Hannah, JJ. (Filed June 9, 2026.)
[*1]
MEMORANDUM AND ORDER
Order of interim suspension entered pursuant to 22 NYCRR 1240.9.